ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
MAR 1 6 2023
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD WILLIAM BROOKS, <br><br> Defendant. | CR 23-23-BLG-SPW <br><br> **INDICTMENT** <br><br> **WIRE FRAUD (Counts 1-6)** <br> Title 18 U.S.C. §§ 1343 and 2 <br> (Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

COUNTS 1-6

WIRE FRAUD

Beginning in or before August 2016, and continuing until in or about

February 2019, at Billings and Laurel, within Yellowstone County, and in

Hamilton, in Ravalli County, in the State and District of Montana, and elsewhere, the defendant, RICHARD WILLIAM BROOKS, having devised and intending a material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, and omissions, and for the purpose of executing such scheme and artifice, and attempting to do so, caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## THE FRAUDULENT SCHEME

During the period of the indictment, it was part of the material scheme and artifice to defraud that the defendant, RICHARD WILLIAM BROOKS, represented to individuals that he needed money and property for purposes of releasing an inheritance that was held in abeyance when, as the defendant, RICHARD WILLIAM BROOKS, knew there was no money and property held in abeyance in connection with an inheritance.

## THE INTERSTATE WIRE COMMUNICATIONS

On or about the dates in the table below, at Billings and Laurel, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, RICHARD WILLIAM BROOKS, for the purpose of executing the aforementioned material scheme, knowingly transmitted and caused to be

transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, including communications between financial institutions in Montana and in other states, and aided and abetted the same, in violation of 18 U.S.C. §§ 1343 and 2.

| Count | Date | Transaction | Amount |
| --- | --- | --- | --- |
| 1 | 4/26/2018 | Cash withdrawal from Western Security Bank and cash deposit at Billings Federal Credit Union | $5,400 |
| 2 | 5/24/2018 | Check no. x4135 cashed at Western Security Bank and cash deposit at Billings Federal Credit Union | $4,800 |
| 3 | 7/5/2018 | Check no. x4183 cashed at Western Security Bank and cash deposit at Billings Federal Credit Union | $6,400 |
| 4 | 7/30/2018 | Cash withdrawal at SEG Federal Credit Union and cash deposit at Yellowstone Bank | $2,600 |
| 5 | 9/5/2018 | Check no. x4250 cashed at Western Security Bank and cash deposit at Yellowstone Bank | $1,650 |
| 6 | 9/10/2018 | Check no. 4254 cashed at Western Security Bank and cash deposit at Yellowstone Bank | $4,800 |

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3